**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Acting Deputy Chief, Civil Division*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2813*

August 28, 2026

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Yagiz v. Mullin*, No. 26-11086 (MCA)**
**Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody at 7:31 a.m. on August 28, 2026. We respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
DAVID INKELES
Assistant United States Attorney
Acting Deputy Chief, Civil Division
*Attorneys for Respondents*

cc: Counsel of Record (ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/31/26